**B1 (Official Form 1) (1/08)**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Badgett, Darrell Dwayne** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Badgett, Stephanie Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Stephanie Witherly** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6170** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4264** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**17920 E 104th Pl Unit A**<br>**Commerce City, CO**<br>ZIPCODE **80022-0631** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**17920 E 104th Pl Unit A**<br>**Commerce City, CO**<br>ZIPCODE **80022-0631** |
| County of Residence or of the Principal Place of Business:<br>**Adams** | County of Residence or of the Principal Place of Business:<br>**Adams** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Badgett, Darrell Dwayne & Badgett, Stephanie Lynn** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**District Of Colorado** | Case Number:<br>**01-26511-SBB** | Date Filed:<br>**11/14/2001** |
| Location<br>Where Filed:**N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Andrew F. McKenna*          6/20/08<br>　Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>　☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>　☒ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn** |

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **/s/ Darrell Dwayne Badgett**<br>Signature of Debtor          **Darrell Dwayne Badgett** | X _____<br>Signature of Foreign Representative |
| X **/s/ Stephanie Lynn Badgett**<br>Signature of Joint Debtor          **Stephanie Lynn Badgett** | _____<br>Printed Name of Foreign Representative |
| _____<br>Telephone Number (If not represented by attorney) | _____<br>Date |
| **June 20, 2008**<br>Date | |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Andrew F. McKenna**<br>Signature of Attorney for Debtor(s)<br><br>**Andrew F. McKenna 32428**<br>**Law Offices of Andrew F. McKenna, P.C.**<br>**3801 E Florida Ave, #400**<br>**Denver, CO  80210-2543**<br>**(303) 730-8819**<br><br><br>**June 20, 2008**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                    Case No. _____

__Badgett, Darrell Dwayne_____          Chapter __13_____
                                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: __/s/ Darrell Dwayne Badgett_____

Date: __June 20, 2008_____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 01267-CO-CC-003471669

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 28, 2008 , at 9:32 o'clock PM CST ,

Darrell D Badgett received from

Money Management International, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Colorado , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: February 28, 2008                By      /s/Ryanne Ashley

                                       Name    Ryanne Ashley

                                       Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                           Case No. _____

**Badgett, Stephanie Lynn**_____   Chapter **13**_____
                    Debtor(s)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
### WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Stephanie Lynn Badgett**_____

Date: **June 20, 2008**_____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 01267-CO-CC-003471670

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 28, 2008 _____, at 9:32 _____ o'clock PM CST _____,

Stephanie L Badgett _____ received from

Money Management International, Inc. _____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Colorado _____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared _____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone _____.


Date: February 28, 2008 _____

By      /s/Ryanne Ashley _____

Name    Ryanne Ashley _____

Title   Counselor _____


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                              Case No. _____

**Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**              Chapter **13** _____
_____
                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None  ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 12,283.35 | 2008 YTD Husband Income 05/30 |
| 15,208.61 | 2008 YTD Wife Income |
| 0.00 | 2007 Husband Income |
| 0.00 | 2007 Wife Income |
| 32,740.00 | 2006 Husband Income |
| 29,687.00 | 2006 Wife Income |

**2. Income other than from employment or operation of business**

None  ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Litton Loan Servicing<br>PO Box 4387<br>Houston, TX  77210-4387 | 02/2008, 03/2008, 04/2008 | 3,274.38 | 143,104.00 |
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd Ste 300<br>Littleton, CO  80129-2386 | 02/2008, 03/2008, 04/2008 | 1,265.31 | 48,247.00 |
| Wachovia Dealer Services<br>PO Box 19657<br>Irvine, CA  92623-9657 | 03/2008, 04/2008 | 938.14 | 22,681.00 |
| Horizons North Credit Union<br>11455 Pearl St<br>Northglenn, CO  80233-1908 | 02/2008, 03/2008, 04/2008 | 1,609.05 | 25,065.00 |

None ☑   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Law Offices of Andrew F. McKenna, P.C. 3801 E Florida Ave, #400 Denver, CO 80210-2543 | 4/11/2008 | 1,000.00 |

**10. Other transfers**

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 11501 N Washington St, #635, Northglenn, CO 80223 | Same | 02/2005 - 02/2006 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **June 20, 2008**      Signature   */s/ Darrell Dwayne Badgett*
              of Debtor                                    **Darrell Dwayne Badgett**

Date: **June 20, 2008**      Signature   */s/ Stephanie Lynn Badgett*
              of Joint Debtor                           **Stephanie Lynn Badgett**
              (if any)

                         **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

**Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**          Chapter **13** _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 171,000.00 | | |
| B - Personal Property | Yes | 3 | $ 51,857.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 252,828.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 66,599.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,247.46 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 4,094.46 |
| TOTAL | | 22 | $ 222,857.50 | $ 319,427.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                     Case No. _____

Badgett, Darrell Dwayne & Badgett, Stephanie Lynn                Chapter **13**
_____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $          0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $          0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $          0.00 |
| Student Loan Obligations (from Schedule F) | $          0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $          0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $          0.00 |
| **TOTAL** | $          0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $          4,247.46 |
| Average Expenses (from Schedule J, Line 18) | $          4,094.46 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $          5,527.17 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $       34,090.50 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $          0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $          0.00 |
| 4. Total from Schedule F | | $       66,599.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $      100,689.50 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                    Case No. _____
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence at 17920 E 104th Pl Unit A, Commerce City, CO 80022-0631** | | J | **171,000.00** | **191,351.00** |
| | | TOTAL | **171,000.00** | |

<div align="right">(Report also on Summary of Schedules)</div>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                    Case No. _____
_____
    Debtor(s)                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand** | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Deposits at** | J | 150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **All Household Furniture including Living Room, Dining Room, Kitchen and Bedrooms** | J | 1,200.00 |
| | | **Appliances Including Washer, Dryer, Dishwasher, Microwave, Refrigerator, Stove and other small kitchen appliances** | J | 400.00 |
| | | **Computer, Audio, Video and Electronic Components** | J | 400.00 |
| | | **Miscellaneous Houseware, Furnishings and Personal Effects** | J | 350.00 |
| | | **Tools & Gardening Supplies** | J | 600.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, Movies, Music** | J | 200.00 |
| 6. Wearing apparel. | | **All Wearing Apparel & Shoes** | J | 300.00 |
| 7. Furs and jewelry. | | **Jewelry** | J | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Miscellaneous sporting equipment** | J | 200.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life** | J | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                    Case No. _____
                                  Debtor(s)                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k** | **W** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Dodge Ram 1500 Pickup-1/2 Ton-V8 Quad Cab SLT (4WD) VIN 1D3HU18D63J633077 5.7 L V8 Engine with 35,360 miles** | **J** | **17,350.00** |
| | | **2005 Mitsubishi Lancer-4 Cyl. Evolution (5 Spd., AWD) VIN JA3AH86D85U046955 Engine Type: 2.0L L4 MPI DOHC with 37,000 miles** | **J** | **21,850.00** |
| | | **2005 YAMAHA Road/Street XV17PCT/C RS WARRIOR VIN JYAV914E45A010816** | **J** | **8,537.50** |

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                          Case No. _____

                                                     Debtor(s)                                                                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **7,000 miles** | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **51,857.50** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____**0**_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**IN RE** Badgett, Darrell Dwayne & Badgett, Stephanie Lynn _____ Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **CRS §§5-5-105, 13-54-104** | **75%** | 20.00 |
| **Deposits at** | **CRS §§5-5-105, 13-54-104** | **75%** | 150.00 |
| **All Household Furniture including Living Room, Dining Room, Kitchen and Bedrooms** | **CRS §13-54-102(1)(e)** | **1,200.00** | 1,200.00 |
| **Appliances Including Washer, Dryer, Dishwasher, Microwave, Refrigerator, Stove and other small kitchen appliances** | **CRS §13-54-102(1)(e)** | **400.00** | 400.00 |
| **Computer, Audio, Video and Electronic Components** | **CRS §13-54-102(1)(e)** | **400.00** | 400.00 |
| **Miscellaneous Houseware, Furnishings and Personal Effects** | **CRS §13-54-102(1)(e)** | **350.00** | 350.00 |
| **Tools & Gardening Supplies** | **CRS §13-54-102(1)(e)** | **600.00** | 600.00 |
| **Books, Pictures, Movies, Music** | **CRS §13-54-102(1)(c)** | **200.00** | 200.00 |
| **All Wearing Apparel & Shoes** | **CRS §13-54-102(1)(a)** | **300.00** | 300.00 |
| **Jewelry** | **CRS §13-54-102(1)(b)** | **300.00** | 300.00 |
| **401k** | **CRS §13-54-102(1)(s)** | **100%** | 0.00 |

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                    Case No. _____
          Debtor(s)                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **140261150**<br>**Horizons North Credit Union**<br>**11455 Pearl St**<br>**Northglenn, CO  80233-1908** | | W | **Installment account opened 6/05 on 2005 Mitsubishi Lancer**<br><br>VALUE $ **21,850.00** | | | | **25,065.00** | **3,215.00** |
| ACCOUNT NO. **16852709**<br>**Litton Loan**<br>**4828 Loop Central Dr**<br>**Houston, TX  77081-2212** | | J | **1st Mortgage account opened 2/06 on Residence at 17920 E 104th Pl Unit A, Commerce City, CO  80022-0631**<br><br>VALUE $ **171,000.00** | | | | **143,104.00** | |
| ACCOUNT NO.<br>**Litton Loan**<br>**ATTENTION:  BANKRUPTCY**<br>**4828 Loop Central Dr**<br>**Houston, TX  77081-2212** | | | **Assignee or other notification for:**<br>**Litton Loan**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **1001692120**<br>**Specialized Loan Service**<br>**8742 Lucent Blvd Ste 300**<br>**Highlands Ranch, CO  80129-2386** | | J | **2nd Mortgage account opened 2/06 on Residence at 17920 E 104th Pl Unit A, Commerce City, CO  80022-0631**<br><br>VALUE $ **171,000.00** | | | | **48,247.00** | **20,351.00** |

_____**1**_ continuation sheets attached

Subtotal (Total of this page)    $ **216,416.00**    $ **23,566.00**

Total (Use only on last page)    $ ____    $ ____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                Case No. _____
         Debtor(s)                                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **518761190438**<br>**Wachovia Dealer Services**<br>**PO Box 19657**<br>**Irvine, CA  92623-9657** | | J | **Installment account opened 2/08 on 2003 Dodge Ram 1500 Quad Cab**<br><br>VALUE $ **17,350.00** | | | | **22,681.00** | **5,331.00** |
| ACCOUNT NO.<br>**WFS Financial**<br>**PO Box 19657**<br>**Irvine, CA  92623-9657** | | | **Assignee or other notification for: Wachovia Dealer Services**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **176641100679843**<br>**Yamaha**<br>**PO Box 60107**<br>**City of Industry, CA  91716-0107** | | W | **Revolving account opened 4/06 on 2005 Yamaha Road Star Warrior**<br><br>VALUE $ **8,537.50** | | | | **13,731.00** | **5,193.50** |
| ACCOUNT NO.<br>**Hsbc/yamaha**<br>**HSBC RETAIL SERVICES ATTENTION: BANKRU**<br>**PO Box 15522**<br>**Wilmington, DE  19850-5522** | | | **Assignee or other notification for: Yamaha**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **36,412.00** | $ **10,524.50** |
| Total (Use only on last page) | $ **252,828.00** | $ **34,090.50** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**
_____          Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Badgett, Darrell Dwayne & Badgett, Stephanie Lynn                    Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>At T Broadband | | H | Open account opened 11/01 | | | | 116.00 |
| ACCOUNT NO.<br>Credit Protection Associates<br>One Galleria Tower 13355 Noel Road S<br>Dallas, TX 75240 | | | Assignee or other notification for:<br>At T Broadband | | | | |
| ACCOUNT NO.<br>Credit Protection Associates<br>PO Box 802068<br>Dallas, TX 75380-2068 | | | Assignee or other notification for:<br>At T Broadband | | | | |
| ACCOUNT NO. **5490-3560-2730-6929**<br>Bank of America<br>PO Box 37279<br>Baltimore, MD 21297-3279 | | J | Revolving account opened 9/07 | | | | 7,637.00 |

**8** continuation sheets attached

Subtotal
(Total of this page) $ **7,753.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Badgett, Darrell Dwayne & Badgett, Stephanie Lynn     Case No. _____
              Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bank Of America** <br> **ATTN: BANKRUPTCY NC4-105-02-99** <br> **PO Box 26012** <br> **Greensboro, NC 27420-6012** | | | **Assignee or other notification for:** <br> **Bank of America** | | | | |
| ACCOUNT NO. **486236224140** <br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285-5520** | | H | **Revolving account opened 8/02** | | | | **1,568.00** |
| ACCOUNT NO. <br> **Capital One** <br> **ATTN: C/O TSYS DEBT MANAGEMENT** <br> **PO Box 5155** <br> **Norcross, GA 30091-5155** | | | **Assignee or other notification for:** <br> **Capital One** | | | | |
| ACCOUNT NO. **412174192396** <br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285-5520** | | J | **Revolving account opened 3/00** | | | | **772.00** |
| ACCOUNT NO. <br> **Capital One** <br> **ATTN: C/O TSYS DEBT MANAGEMENT** <br> **PO Box 5155** <br> **Norcross, GA 30091-5155** | | | **Assignee or other notification for:** <br> **Capital One** | | | | |
| ACCOUNT NO. **517805731059** <br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285-5520** | | H | **Revolving account opened 10/07** | | | | **166.00** |
| ACCOUNT NO. <br> **Capital One** <br> **ATTN: C/O TSYS DEBT MANAGEMENT** <br> **PO Box 5155** <br> **Norcross, GA 30091-5155** | | | **Assignee or other notification for:** <br> **Capital One** | | | | |

Sheet no. **1** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,506.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Badgett, Darrell Dwayne & Badgett, Stephanie Lynn _____   Case No. _____
                                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **18004001056**<br>**Check Into Cash**<br>**PO Box 550**<br>**Cleveland, TN  37364-0550** | | J | **2005**<br>**Unsecured Loan** | | | | **414.00** |
| ACCOUNT NO. **6468243**<br>**Check Into Cash**<br>**PO Box 550**<br>**Cleveland, TN  37364-0550** | | J | **2005**<br>**Unsecured Loan** | | | | **414.00** |
| ACCOUNT NO.<br>**Paragon Way**<br>**2101 W Ben White Blvd Ste 103**<br>**Austin, TX  78704-7517** | | | **Assignee or other notification for:**<br>**Check Into Cash** | | | | |
| ACCOUNT NO. **529298**<br>**Citi Shell**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117-6497** | | H | **Revolving account opened 9/00** | | | | **37.00** |
| ACCOUNT NO.<br>**Citi Shell**<br>**ATTN:  CENTRALIZED BANKRUPTCY**<br>**PO Box 20507**<br>**Kansas City, MO  64195-0507** | | | **Assignee or other notification for:**<br>**Citi Shell** | | | | |
| ACCOUNT NO. **2504684000**<br>**Compass Bank**<br>**PO Box 830629**<br>**Birmingham, AL  35283-0629** | | H | **Open account opened 12/06** | | | | **346.00** |
| ACCOUNT NO.<br>**RJM Acquisitions LLC**<br>**ATTN:  CENTRALIZED BANKRUPTCY**<br>**575 Underhill Blvd Ste 2**<br>**Syosset, NY  11791-3426** | | | **Assignee or other notification for:**<br>**Compass Bank** | | | | |

Sheet no. ___**2**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **1,211.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont. Case 08-18786-SBB   Doc#:1   Filed:06/20/08   Entered:06/20/08 21:59:17   Page25 of 80

IN RE Badgett, Darrell Dwayne & Badgett, Stephanie Lynn     Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **126676430** <br> **Conns Credit Corp** <br> **3295 College St** <br> **Beaumont, TX  77701-4611** | | H | Installment account opened 4/03 | | | | **2,134.00** |
| ACCOUNT NO. <br> **Conns Credit Corp** <br> **ATTENTION:  HEATHER MCADAMS** <br> **PO Box 2358** <br> **Beaumont, TX  77704-2358** | | | Assignee or other notification for: <br> Conns Credit Corp | | | | |
| ACCOUNT NO. **6011-0095-0871-9106** <br> **Discover Financial** <br> **PO Box 15316** <br> **Wilmington, DE  19850-5316** | | J | Revolving account opened 11/05 | | | | **7,151.00** |
| ACCOUNT NO. <br> **Discover Financial** <br> **ATTENTION:  BANKRUPTCY DEPARTMENT** <br> **PO Box 3025** <br> **New Albany, OH  43054-3025** | | | Assignee or other notification for: <br> Discover Financial | | | | |
| ACCOUNT NO. **6011-0093-8592-7178** <br> **Discover Financial** <br> **PO Box 15316** <br> **Wilmington, DE  19850-5316** | | J | Revolving account opened 9/07 | | | | **2,109.00** |
| ACCOUNT NO. <br> **Discover Financial** <br> **ATTENTION:  BANKRUPTCY DEPARTMENT** <br> **PO Box 3025** <br> **New Albany, OH  43054-3025** | | | Assignee or other notification for: <br> Discover Financial | | | | |
| ACCOUNT NO. **6034623005106899** <br> **GE Money Bank American Honda** <br> **PO Box 981439** <br> **El Paso, TX  79998-1439** | | W | Revolving account opened 7/05 | | | | **8,942.00** |

Sheet no. __**3**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **20,336.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Badgett, Darrell Dwayne & Badgett, Stephanie Lynn                    Case No. _____
              Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **500001321820**<br>**Household Finance**<br>**aka Beneficial Colorado Inc.**<br>**961 Wiegel Drive**<br>**Elmhurst, IL  60126** | | J | **2004**<br>**Balance on repossessed auto** | | | | **18,000.00** |
| ACCOUNT NO.<br>**Linebarger, Goggan, Blair & Sampson, LLP**<br>**600 17th St Ste 800N**<br>**Denver, CO  80202-5462** | | | **Assignee or other notification for:**<br>**Household Finance** | | | | |
| ACCOUNT NO. **5491-1000-1282-8375**<br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL  60197-5253** | | J | **Revolving account opened 9/06** | | | | **1,237.00** |
| ACCOUNT NO.<br>**HSBC Bank**<br>**ATTN: BANKRUPTCY**<br>**PO Box 5213**<br>**Carol Stream, IL  60197-5213** | | | **Assignee or other notification for:**<br>**HSBC Bank** | | | | |
| ACCOUNT NO. **6011-3800-1072-7311**<br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL  60197-5253** | | J | **Revolving account opened 9/06** | | | | **868.00** |
| ACCOUNT NO.<br>**HSBC Bank**<br>**ATTN: BANKRUPTCY DEPT**<br>**PO Box 5246**<br>**Carol Stream, IL  60197-5246** | | | **Assignee or other notification for:**<br>**HSBC Bank** | | | | |
| ACCOUNT NO. **5155-9900-0200-8021**<br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL  60197-5253** | | H | **Revolving account opened 9/06** | | | | **838.00** |

Sheet no. ____**4**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **20,943.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Badgett, Darrell Dwayne & Badgett, Stephanie Lynn      Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HSBC Bank<br>ATTN: BANKRUPTCY<br>PO Box 5213<br>Carol Stream, IL  60197-5213 | | | Assignee or other notification for:<br>HSBC Bank | | | | |
| ACCOUNT NO. 5155-9900-0632-2428<br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL  60197-5253 | | H | Revolving account opened 10/07 | | | | 609.00 |
| ACCOUNT NO.<br>HSBC Bank<br>ATTN: BANKRUPTCY<br>PO Box 5213<br>Carol Stream, IL  60197-5213 | | | Assignee or other notification for:<br>HSBC Bank | | | | |
| ACCOUNT NO. 5407-9150-0838-9055<br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL  60197-5253 | | J | 07/2003<br>Revolving credit card charges incurred over the past several years. | | | | 2,200.00 |
| ACCOUNT NO. 593601104617863<br>HSBC Furniture Row<br>PO Box 703<br>Wood Dale, IL  60191-0703 | | W | Revolving account opened 2/06 | | | | 3,517.00 |
| ACCOUNT NO.<br>HSBC Furniture Row<br>ATTN: BANKRUPTCY<br>PO Box 15522<br>Wilmington, DE  19850-5522 | | | Assignee or other notification for:<br>HSBC Furniture Row | | | | |
| ACCOUNT NO. 5140-2180-0441-5046<br>Juniper Bank<br>PO Box 13337<br>Philadelphia, PA  19101-3337 | | J | Revolving account opened 10/06 | | | | 2,624.00 |

Sheet no. __5__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 8,950.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**          Case No. _____
<br>Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Barclays Bank Delaware** <br>**ATTENTION:  CUSTOMER SUPPORT DEPARTMENT** <br>**PO Box 8833** <br>**Wilmington, DE  19899-8833** | | | Assignee or other notification for: <br>Juniper Bank | | | | |
| ACCOUNT NO. **030730894052** <br>**Kohl's** <br>**N56W17000 Ridgewood Dr** <br>**Menomonee Falls, WI  53051-5660** | | W | Revolving account opened 8/00 | | | | 245.00 |
| ACCOUNT NO. <br>**Kohl's** <br>**ATTN:  RECOVERY** <br>**PO Box 3120** <br>**Milwaukee, WI  53201-3120** | | | Assignee or other notification for: <br>Kohl's | | | | |
| ACCOUNT NO. **2718057772-T3** <br>**Money Tree** <br>**PO Box 58363** <br>**Seattle, WA  98138-1363** | | J | Unsecured Loan | | | | 120.00 |
| ACCOUNT NO. <br>**RMS** <br>**PO BOX 523** <br>**RICHFIELD, OH  44286-0523** | | | Assignee or other notification for: <br>Money Tree | | | | |
| ACCOUNT NO. **3217301** <br>**North Suburban Medical** <br>**9191 Grant St** <br>**Denver, CO  80229-4361** | | H | Open account opened 9/06 | | | | 117.00 |
| ACCOUNT NO. <br>**NCO Financial** <br>**507 Prudential Rd** <br>**Horsham, PA  19044-2308** | | | Assignee or other notification for: <br>North Suburban Medical | | | | |

Sheet no. _____**6**_____ of _____**8**_____ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page) $ **482.00**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**West Asset Management**<br>**PO Box 1420**<br>**Sherman, TX 75091-1420** | | | Assignee or other notification for:<br>North Suburban Medical | | | | |
| ACCOUNT NO.<br>**Speedy Cash 23** | | H | Open account opened 11/07 | | | | **145.00** |
| ACCOUNT NO.<br>**Ad Astra Recovery Serv**<br>**3611 N Ridge Rd # 104**<br>**Wichita, KS 67205-1214** | | | Assignee or other notification for:<br>Speedy Cash 23 | | | | |
| ACCOUNT NO. 0185912114<br>**Verizon Wireless**<br>**PO Box 96088**<br>**Bellevue, WA 98009-8800** | | H | Open account opened 11/06 | | | | **1,094.00** |
| ACCOUNT NO.<br>**Allied Interstate**<br>**PO Box 361317**<br>**Columbus, OH 43236-1317** | | | Assignee or other notification for:<br>Verizon Wireless | | | | |
| ACCOUNT NO.<br>**Midland Credit Management**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123-2255** | | | Assignee or other notification for:<br>Verizon Wireless | | | | |
| ACCOUNT NO. 8710026410<br>**Wells Fargo**<br>**PO Box 94498**<br>**Las Vegas, NV 89193-4498** | | W | Revolving account opened 6/07 | | | | **2,233.00** |

Sheet no. __**7**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,472.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Badgett, Darrell Dwayne & Badgett, Stephanie Lynn        Case No. _____

         Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **016300009178419041**<br><br>**Wells Fargo**<br>**PO Box 5247**<br>**Denver, CO  80274-0001** | | J | **2004**<br>**Overdraft** | | | | **946.00** |
| ACCOUNT NO.<br><br>**Enhanced Recovery Corporation**<br>**PO Box 1967**<br>**Southgate, MI  48195-0967** | | | **Assignee or other notification for:**<br>**Wells Fargo** | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. __**8**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    $    **946.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $    **66,599.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                    Case No. _____
                                  Debtor(s)                                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                    Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/03)

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**          Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Equipment Operator** | **Office Manager** |
| Name of Employer | **Fiore & Sons, Inc.** | **Chris Truck Line** |
| How long employed | **1 years and 8 months** | **2 years and 6 months** |
| Address of Employer | **Denver, CO  80216** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 2,348.23 | $ 2,600.00 |
| 2. Estimated monthly overtime | $ | 310.50 | $ 256.45 |
| **3. SUBTOTAL** | $ | **2,658.73** | $ **2,856.45** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and Social Security | $ | 550.03 | $ 652.56 |
|    b. Insurance | $ | 48.19 | $ 16.94 |
|    c. Union dues | $ | | $ |
|    d. Other (specify) _____ | $ | | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **598.22** | $ **669.50** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **2,060.51** | **2,186.95** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | | |
| 11. Social Security or other government assistance | | | |
|    (Specify) _____ | $ | | $ |
|    _____ | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
|    (Specify) _____ | $ | | $ |
|    _____ | $ | | $ |
|    _____ | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **2,060.51** | $ **2,186.95** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

| | |
|---|---|
| $ | **4,247.46** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                    Case No. _____
‎                                    Debtor(s)                                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,600.00 |
| ‎  a. Are real estate taxes included?   Yes ✓  No ____ | | |
| ‎  b. Is property insurance included?   Yes ____  No ✓ | | |
| 2. Utilities: | | |
| ‎  a. Electricity and heating fuel | $ | 110.11 |
| ‎  b. Water and sewer | $ | |
| ‎  c. Telephone | $ | 40.00 |
| ‎  d. Other  **See Schedule Attached** | $ | 325.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| ‎  a. Homeowner's or renter's | $ | 10.00 |
| ‎  b. Life | $ | 28.00 |
| ‎  c. Health | $ | |
| ‎  d. Auto | $ | 130.00 |
| ‎  e. Other _____ | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| ‎  (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| ‎  a. Auto | $ | 536.35 |
| ‎  b. Other  **Second Auto** | $ | 435.00 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **Unexpected Emergencies** | $ | 50.00 |
| ‎       **Pet Food & Care** | $ | 50.00 |
| | $ | |

| | | |
|---|---|---:|
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data. | $ | 4,094.46 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| ‎  a. Average monthly income from Line 15 of Schedule I | $ | 4,247.46 |
| ‎  b. Average monthly expenses from Line 18 above | $ | 4,094.46 |
| ‎  c. Monthly net income (a. minus b.) | $ | 153.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Badgett, Darrell Dwayne & Badgett, Stephanie Lynn     Case No. _____
<p align="center">Debtor(s)</p>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)

| | |
|---|---|
| **Cell Phone** | **120.00** |
| **HOA Dues** | **105.00** |
| **Cable/Internet** | **100.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn**                          Case No. _____
                      Debtor(s)                                   (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 20, 2008** _____     Signature: */s/ Darrell Dwayne Badgett*
                                         **Darrell Dwayne Badgett**                  Debtor

Date: **June 20, 2008** _____     Signature: */s/ Stephanie Lynn Badgett*
                                         **Stephanie Lynn Badgett**        (Joint Debtor, if any)
                                           [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual.

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                               _____
                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

__Badgett, Darrell Dwayne & Badgett, Stephanie Lynn__        Chapter __13__ _____
                     Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: __June 20, 2008_____     Signature: _/s/ Darrell Dwayne Badgett_____
                                            **Darrell Dwayne Badgett**                                    Debtor

Date: __June 20, 2008_____     Signature: _/s/ Stephanie Lynn Badgett_____
                                            **Stephanie Lynn Badgett**                          Joint Debtor, if any

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| HOURS | | | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 14.00 | 18.00 27.00 | 720.00 | 378.00 | | | | | 1-27-08 to 2-02-08 |

| TOTAL PAY |
|---|
| 1098.00 |

| DEDUCTIONS THIS PERIOD |
|---|

| FWH | 159.24 | MED | 15.85 | SOC | 67.75 | COSWH | 43.00 | ACC-PR | 5.19 |
|---|---|---|---|---|---|---|---|---|---|
| DDCK | 801.04 | DISAB | 4.05 | Life | 1.88 | | | | |

296.96

| NET PAY |
|---|
| .00 |

Darrell D. Badget

| | GROSS | 2880.00 | FICA | 217.94 |
|---|---|---|---|---|
| | FWH | 266.49 | COSWH | 87.00 |

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO   DENVER, CO   82-7026/3070

DATE

2-08-2008      DDCK        XXXXXXXX7937        801.04

AMOUNT

**DIRECT DEPOSIT**
**STUB ONLY**

PAY       Darrell D. Badget                                              801.04
TO THE    17920 E. 104th Pl. #11-A                                       801.04
ORDER     Commerce City, CO  80022                                          .00
OF

FIORE & SONS, INC. DENVER CO 80216

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 18.00 | 720.00 | | | | | | 2-03-08 to 2-09-08 |

| | TOTAL PAY |
|---|---|
| | 720.00 |

DEDUCTIONS THIS PERIOD

| FWH | 72.03 | MED | 10.37 | SOC | 44.31 | COSWH | 25.00 | ACC-PR | 5.19 |
|---|---|---|---|---|---|---|---|---|---|
| DDCK | 557.17 | DISAB | 4.05 | Life | 1.88 | | | | |

162.83

| | NET PAY |
|---|---|
| Darrell D. Badget | |
| GROSS 2502.00 FICA 189.02 | |
| FWH 179.28 COSWH 69.00 | .00 |

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
PHONE: 303 429-8893

KEYBANK COLORADO   DENVER, CO   82-7026/3070

DATE

2-15-2008     DDCK          XXXXXXXX7937          557.17

AMOUNT

**DIRECT DEPOSIT**
**STUB ONLY**

557.17
557.17
.00

PAY
TO THE
ORDER
OF

Darrell D. Badget
17920 E. 104th Pl. #11-A
Commerce City, CO  80022

| HOURS | | | EARNINGS | | | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 18.00 | 720.00 | | | | | | 2-10-08 to |
| | 12.00 | 27.00 | | 324.00 | | | | | 2-16-08 |

| | | | | | TOTAL PAY |
|---|---|---|---|---|---|
| | | | | | 1044.00 |

DEDUCTIONS THIS PERIOD

| FWH | 145.74 | MED | 15.06 | SOC | 64.41 | COSWH | 40.00 | ACC-PR | 5.19 |
|---|---|---|---|---|---|---|---|---|---|
| DDCK | 767.67 | DISAB | 4.05 | Life | 1.88 | | | | |

NET PAY

276.33

Darrell D. Badget       GROSS    3546.00  FICA   268.49
                        FWH       325.02  COSWH  109.00                    .00

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO    DENVER, CO    82-7026/3070

DATE

2-22-2008    DDCK        XXXXXXXX7937        767.67

AMOUNT

**DIRECT DEPOSIT
STUB ONLY**

PAY        Darrell D. Badget                                  767.67
TO THE     17920 E. 104th Pl. #11-A                           767.67
ORDER      Commerce City, CO  80022                              .00
OF

FIORE & SONS, INC. DENVER, CO 80216

| HOURS | | | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | 2-17-08 to |
| 40.00 | 6.00 | 18.00 27.00 | 720.00 | 162.00 | | | | | 2-23-08 |

| TOTAL PAY |
|---|
| 882.00 |

**DEDUCTIONS THIS PERIOD**

| | | | | | |
|---|---|---|---|---|---|
| FWH | 105.24 MED | 12.71 SOC | 54.36 COSWH | 33.00 ACC-PR | 5.19 |
| DDCK | 665.57 DISAB | 4.05 Life | 1.88 | | |

216.43

**NET PAY**

| Darrell D. Badget | GROSS | 4428.00 FICA | 335.56 | |
|---|---|---|---|---|
| | FWH | 430.26 COSWH | 142.00 | .00 |

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
PHONE: 303 429-8893

KEYBANK COLORADO    DENVER, CO    82-7026/3070

DATE

2-29-2008    DDCK    XXXXXXXX7937    665.57

AMOUNT

**DIRECT DEPOSIT**    665.57
**STUB ONLY**    665.57
.00

PAY
TO THE
ORDER
OF

Darrell D. Badget
17920 E. 104th Pl. #11-A
Commerce City, CO  80022

| HOURS | | | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 18.00 | 720.00 | | | | | | 2-24-08 to |
| | 16.50 | 27.00 | | 445.50 | | | | | 3-01-08 |

| TOTAL PAY |
|---|
| 1165.50 |

| DEDUCTIONS THIS PERIOD |
|---|

| FWH | 176.12 | MED | 16.83 | SOC | 71.94 | COSWH | 46.00 | ACC-PR | 5.19 |
|---|---|---|---|---|---|---|---|---|---|
| DDCK | 843.49 | DISAB | 4.05 | Life | 1.88 | | | | |

| NET PAY |
|---|
| 322.01 |
| .00 |

| Darrell D. Badget | GROSS | 5593.50 | FICA | 424.33 |
|---|---|---|---|---|
| | FWH | 606.38 | COSWH | 188.00 |

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO  DENVER, CO   82-7026/3070

DATE

3-07-2008    DDCK    XXXXXXXX7937    843.49

AMOUNT

**DIRECT DEPOSIT
STUB ONLY**

PAY
TO THE
ORDER
OF

Darrell D. Badget
17920 E. 104th Pl. #11-A
Commerce City, CO  80022

843.49
843.49
.00

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 18.00 | 720.00 | | | | | | 3-02-08 to 3-08-08 |

| | TOTAL PAY |
|---|---|
| | 720.00 |

**DEDUCTIONS THIS PERIOD**

| FWH | 72.03 | MED | 10.37 | SOC | 44.32 | COSWH | 25.00 | ACC-PR | 5.19 |
|---|---|---|---|---|---|---|---|---|---|
| DDCK | 557.16 | DISAB | 4.05 | Life | 1.88 | | | | |

|  | 162.84 |
|---|---|

**NET PAY**

| Darrell D. Badget | | GROSS | 6343.50 | FICA | 481.31 |
|---|---|---|---|---|---|
| | | FWH | 678.41 | COSWH | 213.00 |

| | .00 |
|---|---|

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
PHONE: 303 429-8893

KEYBANK COLORADO   DENVER, CO   82-7026/3070

DATE

3-14-2008     DDCK            XXXXXXXX7937          557.16

**DIRECT DEPOSIT**
**STUB ONLY**

AMOUNT

557.16
557.16
.00

PAY
TO THE
ORDER
OF

Darrell D. Badget
17920 E. 104th Pl. #11-A
Commerce City, CO  80022

| HOURS | | | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 9.50 | 18.00 27.00 | 720.00 | 256.50 | | | | | 3-09-08 to 3-15-08 |

| | | TOTAL PAY |
|---|---|---|
| | | 976.50 |

| DEDUCTIONS THIS PERIOD |
|---|

| FWH | 128.87 | MED | 14.08 | SOC | 60.22 | COSWH | 37.00 | ACC-PR | 5.19 |
| DDCK | 725.21 | DISAB | 4.05 | Life | 1.88 | | | | |

NET PAY

251.29

Darrell D. Badget          GROSS      7320.00 FICA      555.61
                           FWH         807.28 COSWH     250.00

.00

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO   DENVER, CO   82-7026/3070

DATE

3-21-2008      DDCK          XXXXXXXX7937          725.21

AMOUNT

**DIRECT DEPOSIT
STUB ONLY**

| PAY | Darrell D. Badget | | 725.21 |
| TO THE | 17920 E. 104th Pl. #11-A | | 725.21 |
| ORDER | Commerce City, CO  80022 | | .00 |
| OF | | | |

| HOURS | | | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 11.00 | 18.00 27.00 | 720.00 | 297.00 | | | | | 3-16-08 to 3-22-08 |

| TOTAL PAY |
|---|
| 1017.00 |

| DEDUCTIONS THIS PERIOD |
|---|

| FWH | 138.99 | MED | 14.67 | SOC | 62.73 | COSWH | 39.00 | ACC-PR | 5.19 |
|---|---|---|---|---|---|---|---|---|---|
| DDCK | 750.49 | DISAB | 4.05 | Life | 1.88 | | | | |

NET PAY

266.51

| Darrell D. Badget | GROSS | 8337.00 | FICA | 633.01 |
|---|---|---|---|---|
| | FWH | 946.27 | COSWH | 289.00 |

.00

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO   DENVER, CO   82-7026/2070

DATE

3-28-2008    DDCK         XXXXXXXX7937           750.49

**DIRECT DEPOSIT**
**STUB ONLY**

AMOUNT

PAY
TO THE     Darrell D. Badget   #11-A                          750.49
ORDER      17920 E. 104th Pl.                                 750.49
OF         Commerce City, CO  80022                              .00



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| GFW | 600119 | 309115 | | 0000050104 | 1 |

## Earnings Statement

**ADP**

Period Ending:     01/26/2008
Pay Date:          02/01/2008

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:          0
    CO:               0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 40.00 | 600.00 | 2,548.05 |
| Overtime | 22.5000 | .30 | 6.75 | 37.36 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$606.75** | 2,945.41 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Match | 3.03 | 14.72 |
| Avail Pers Hrs | | 0.00 |
| Avail Vaca Hrs | | 0.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -66.91 | 322.62 |
| | Social Security Tax | -37.62 | 182.62 |
| | Medicare Tax | -8.80 | 42.71 |
| | CO State Income Tax | -24.00 | 115.00 |
| | **Other** | | |
| | Checking | -404.83 | |
| | Dislife | -3.91 | 19.55 |
| | 401K Retirement | -60.68* | 294.55 |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $546.07

 

**Earnings Statement**

ADP®

| | |
|---|---|
| Period Ending: | 02/02/2008 |
| Pay Date: | 02/08/2008 |

**CHRIS**
TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7000

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:          0
CO:               0

Social Security Number:  XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 3,148.05 |
| Overtime | 22.5000 | 3.15 | 70.88 | 108.24 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$670.88** | 3,616.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.57 | 398.19 |
| | Social Security Tax | -41.59 | 224.21 |
| | Medicare Tax | -9.73 | 52.44 |
| | CO State Income Tax | -26.00 | 141.00 |
| | **Other** | | |
| | Checking | -446.99 | |
| | Dislife | -3.91 | 23.46 |
| | 401K Retirement | ▓▓▓▓ | ▓▓▓▓ |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | ▓▓▓ | ▓▓▓ |
| Avail Pers Hrs | | ▓▓▓ |
| Avail Vaca Hrs | | ▓▓▓ |

\* Excluded from federal taxable wages
    Your federal taxable wages this period are $603.79

©1998, 2006, ADP, Inc.  All Rights Reserved.

© 2000 ADP, Inc.

▼ TEAR HERE



# Earnings Statement



| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 056 |
|---|---|---|---|---|---|
| GFW | 600119 | 309115 | | 0000070110 | 1 |





Period Ending: 02/09/2008
Pay Date: 02/15/2008

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CO: 0

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 39.62 | 594.30 | 3,742.35 |
| Overtime | | | | 108.24 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$594.30** | 4,210.59 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | 2.97 | 21.04 |
| Avail Pers Hrs | | 0.00 |
| Avail Vaca Hrs | | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.23 | 463.42 |
| | Social Security Tax | -36.85 | 261.06 |
| | Medicare Tax | -8.61 | 61.05 |
| | CO State Income Tax | -23.00 | 164.00 |
| | **Other** | | |
| | Checking | -397.27 | |
| | Dislife | -3.91 | 27.37 |
| | 401K Retirement | -59.43* | 421.07 |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $534.87

©1998, 2006 ADP, Inc. All Rights Reserved

© 2000 ADP, Inc.


CHRIS
TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7600



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
| GFW | 600119 | 309115 | | 0000080108 | 1 |

# Earnings Statement

**ADP**

Period Ending:   02/16/2008
Pay Date:   02/22/2008

Taxable Marital Status:   Single
Exemptions/Allowances:
　Federal:   0
　CO:   0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 4,342.35 |
| Overtime | 22.5000 | 5.34 | 120.15 | 228.39 |
| Holiday | | | 360.00 | |
| **Gross Pay** | | | **$720.15** | 4,930.74 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | 3.60 | 24.64 |
| Avail Pers Hrs | | 0.00 |
| Avail Vaca Hrs | | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -82.22 | 545.64 |
| | Social Security Tax | -44.65 | 305.71 |
| | Medicare Tax | -10.45 | 71.50 |
| | CO State Income Tax | -28.00 | 192.00 |
| | **Other** | -478.90 | |
| | Checking | -3.91 | 31.28 |
| | Dislife | -72.02* | 493.09 |
| | 401K Retirement | | |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**
　Your federal taxable wages this period are $648.13

| CO. | FILE | DEPT | CLOCK | VCHR NO | 056 |
|-----|------|------|-------|---------|-----|
| GFW | 600119 | 309115 | | 0000090108 | 1 |





# Earnings Statement

**ADP**

Period Ending:  02/23/2008
Pay Date:  02/29/2008

CHRIS TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7000

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:  0
CO:  0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 40.00 | 600.00 | 4,942.35 |
| Overtime | 22.5000 | 5.51 | 123.98 | 352.37 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$723.98** | 5,654.72 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Match | 3.62 | 28.26 |
| Avail Pers Hrs | | 0.00 |
| Avail Vaca Hrs | | 0.00 |

| Deductions | Statutory | | year to date |
|------------|-----------|------|--------------|
| | Federal Income Tax | -82.74 | 628.38 |
| | Social Security Tax | -44.88 | 350.59 |
| | Medicare Tax | -10.49 | 81.99 |
| | CO State Income Tax | -28.00 | 220.00 |
| | **Other** | | |
| | Checking | -485.47 | |
| | 401K Retirement | -72.40* | 565.49 |
| | Dislife | | 31.28 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $651.58

© 2005 ADP, Inc. All Rights Reserved.



# Earnings Statement

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 058 |
|-----|------|-------|-------|----------|-----|
| GFW | 600119 | 309115 | | 0000100110 | 1 |



**CHRIS**
TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7000



Period Ending:        03/01/2008
Pay Date:             03/07/2008

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:      0
    CO:           0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 40.00 | 600.00 | 5,542.35 |
| Overtime | 22.5000 | 5.95 | 133.88 | 486.25 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$733.88** | 6,388.60 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Match | 3.67 | 31.93 |
| Avail Pers Hrs | | 0.00 |
| Avail Vaca Hrs | | 0.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -84.81 | 713.19 |
| | Social Security Tax | -45.50 | 396.09 |
| | Medicare Tax | -10.64 | 92.63 |
| | CO State Income Tax | -29.00 | 249.00 |
| | **Other** | | |
| | Checking | -486.63 | |
| | Dislife | -3.91 | 35.19 |
| | 401K Retirement | -73.39* | 638.88 |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $660.49

©1998 2008, ADP, Inc. All Rights Reserved.

 

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 056 |
|-----|------|-------|-------|----------|-----|
| GFW | 500119 | 309115 | | 0000110111 | 1 |

## Earnings Statement

ADP

Period Ending:      03/08/2008
Pay Date:           03/14/2008

CHRIS
TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7000

VRAN

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        0
CO:             0

**STEPHANIE BADGETT**
**17920 E 104TH PL**
**BLG 11-A**
**COMMERCE CITY, CO 80022**

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 39.99 | 599.85 | 6,142.20 |
| Overtime | 22.5000 | 6.02 | 135.45 | 621.70 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$735.30** | 7,123.90 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Match | 3.68 | 35.61 |
| Avail Pers Hrs | | 24.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -85.13 | 798.32 |
| | Social Security Tax | -45.59 | 441.68 |
| | Medicare Tax | -10.67 | 103.30 |
| | CO State Income Tax | -29.00 | 278.00 |
| | **Other** | | |
| | Checking | -487.47 | |
| | Dislife | -3.91 | 39.10 |
| | 401K Retirement | -73.53* | 712.41 |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $661.77

© 1998, 2005, ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 056 |
|-----|------|------|-------|-----------|-----|
| GFW | 600119 | 309115 | | 0000120110 | 1 |





# Earnings Statement



Period Ending: 03/15/2008
Pay Date: 03/21/2008

CHRIS TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7800

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CO: 0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 40.01 | 600.15 | 6,742.35 |
| Overtime | 22.5000 | 6.55 | 147.38 | 769.08 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$747.53** | 7,871.43 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Match | 3.74 | 39.35 |
| Avail Pers Hrs | | 24.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -87.89 | 886.21 |
| | Social Security Tax | -46.35 | 488.03 |
| | Medicare Tax | -10.84 | 114.14 |
| | CO State Income Tax | -29.00 | 307.00 |
| | **Other** | | |
| | Checking | -494.79 | |
| | Dislife | -3.91 | 43.01 |
| | 401K Retirement | -74.75* | 787.16 |
| | **Net Pay** | **$0.00** | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $672.78




| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| GFW | 600119 | 309115 | | 0000130110 | 1 |

## Earnings Statement

**ADP**

Period Ending:     03/22/2008
Pay Date:          03/28/2008

CHRIS
TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7000

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        0
  CO:             0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 39.99 | 599.85 | 7,342.20 |
| Overtime | 22.5000 | 6.77 | 152.33 | 921.41 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$752.18** | 8,623.61 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Match | 3.76 | 43.11 |
| Avail Pers Hrs | | 24.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -88.93 | 975.14 |
| | Social Security Tax | -46.63 | 534.66 |
| | Medicare Tax | -10.90 | 125.04 |
| | CO State Income Tax | -30.00 | 337.00 |
| | **Other** | | |
| | Checking | -496.59 | |
| | Dislife | -3.91 | 46.92 |
| | 401K Retirement | -75.22* | 862.38 |
| | **Net Pay** | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $676.96

©1998, 2006, ADP, Inc. All Rights Reserved.

| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | PAY PERIOD |
|---------|----------|------|---------|----------|-------|------|--------|-------------|------------|
|  | HOURS | | | EARNINGS | | | | OTHER | |
| 40.00 | | 18.00 | 720.00 | | | | | | 3-23-08 to 3-29-08 |

**TOTAL PAY**

720.00

DEDUCTIONS THIS PERIOD

| FWH | 72.03 | MED | 10.37 | SOC | 44.32 | COSWH | 25.00 | ACC-PR | 5.19 |
| DDCK | 557.16 | DISAB | 4.05 | Life | 1.88 | | | | |

NET PAY

162.84

| Darrell D. Badget | GROSS | 9057.00 | FICA | 687.70 |
| | FWH | 1010.30 | COSWH | 314.00 |

.00

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO  DENVER, CO  82-7826/3070

DATE

4-04-2008    DDCK    XXXXXXXX7937    557.16

AMOUNT

PAY
TO THE
ORDER
OF

Darrell D. Badget
17920 E. 104th Pl. #11-A
Commerce City, CO  80022

**DIRECT DEPOSIT
STUB ONLY**

557.16
557.16
.00

| HOURS | | | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 33.50 | | 18.00 | 603.00 | | | | | | 3-30-08 to 4-05-08 |

| | | TOTAL PAY |
|---|---|---|
| | | 603.00 |

| DEDUCTIONS THIS PERIOD |
|---|

| FWH | 54.48 | MED | 8.67 | SOC | 37.07 | COSWH | 20.00 | ACC-PR | 5.19 |
|---|---|---|---|---|---|---|---|---|---|
| DDCK | 471.66 | DISAB | 4.05 | Life | 1.88 | | | | |

| | | NET PAY |
|---|---|---|
| | 131.34 | |

Darrell D. Badget   GROSS   9660.00   FICA   733.44
                    FWH     1072.78   COSWH   334.00   .00

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO   DENVER, CO   81-7036/3070

DATE

4-11-2008   DDCK   XXXXXXXX7937   471.66

AMOUNT

**DIRECT DEPOSIT
STUB ONLY**

471.66

| PAY | Darrell D. Badget | 471.66 |
|---|---|---|
| TO THE | 17920 E. 104th Pl. #11-A | 471.66 |
| ORDER | Commerce City, CO  80022 | .00 |
| OF | | |

**FIORE & SONS, INC. DENVER, CO 80216**

| HOURS | | | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | 4-06-08 to |
| 9.00 | | 18.00 | 162.00 | | | | | | 4-12-08 |

| | TOTAL PAY |
|---|---|
| | 162.00 |

| DEDUCTIONS THIS PERIOD |
|---|

| MED | 2.27 | SOC | 9.72 | ACC-PR | 5.19 | DDCK | 138.89 | DISAB | 4.05 |
|---|---|---|---|---|---|---|---|---|---|
| Life | 1.88 | | | | | | | | 23.11 |

| | NET PAY |
|---|---|

Darrell D. Badget    GROSS    9822.00  FICA    745.43
                     PWH      1072.78  COSWH   334.00                          .00

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
PHONE: 303 429-8893

KEYBANK COLORADO   DENVER, CO   82-7026/3070

DATE

4-18-2008     DDCK          XXXXXXXX7937          138.89

                                    AMOUNT

DIRECT DEPOSIT                      138.89
STUB ONLY                          138.89
                                       .00

PAY
TO THE     Darrell D. Badget
ORDER      17920 E. 104th Pl. #11-A
OF         Commerce City, CO  80022

FIORE & SONS, INC DENVER CO 80786-SBB    Doc#:1    Filed:06/20/08    Entered:06/20/08 21:59:17    Page58 of 80

| | | | | | | Darrell D. Badget | EARNINGS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-25-2008 | | | | | | | | | % = OTHER PAID | | 4-25-08 | |
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | PAY PERIOD | | | |

| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| Reg Hr | 31.00 | 18.30 | | 567.30 | 8442.30 | GROSS | | | 10389.30 |
| Bonus | | | | | 30.00 | FWH | | | 1121.90 |
| FNRL | | | | | 144.00 | FICA | | | TOTAL |
| HOL | | | | | 288.00 | SWH | | | |
| OT | | | | | 1485.00 | | | | |

DEDUCTIONS THIS PERIOD

| | | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| | | 567.30 | 10389.30 | | | | .00 | 12651.63 |
| | 567.30 | | .00 | | | | | |

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO  DENVER, CO    82-707260878

DATE

4-25-2008    DDCK    XXXXXXXX7937    446.06

AMOUNT

**DIRECT DEPOSIT**    446.06
**STUB ONLY**    446.06
.00

PAY
TO THE
ORDER
OF

Darrell D. Badget
17920 E. 104th Pl. #11-A
Commerce City, CO  80022

FIORE & SONS, INC. DENVER, CO 80216

| HOURS | | | EARNINGS | | | | OTHER PAY | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 32.50 | | 18.30 | 594.75 | | | | | | 4-20-08 to 4-26-08 |

| TOTAL PAY |
|---|
| 594.75 |

**DEDUCTIONS THIS PERIOD**

| | | | | | | |
|---|---|---|---|---|---|---|
| FWH | 53.24 MED | 8.55 SOC | 36.55 COSWH | 20.00 ACC-PR | 5.19 | |
| DDCK | 465.29 DISAB | 4.05 Life | 1.88 | | | |

| NET PAY |
|---|
| 129.46 |

| | | | | |
|---|---|---|---|---|
| Darrell D. Badget | GROSS | 10984.05 FICA | 833.53 | |
| | FWH | 1175.14 COSWH | 372.00 | .00 |

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
PHONE: 303 429-8893

KEYBANK COLORADO   DENVER, CO   82-7026/0070

DATE

5-02-2008      DDCK        XXXXXXXX7937         465.29

AMOUNT

**DIRECT DEPOSIT**          465.29
**STUB ONLY**              465.29
                            .00

PAY
TO THE     Darrell D. Badget
ORDER      17920 E. 104th Pl. #11-A
OF         Commerce City, CO  80022

FIORE & SONS, INC. DENVER CO 80216

| HOURS | | | EARNINGS | | | OTHER PAY | | | PAY PERIOD |
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 30.50 | | 18.30 | 558.15 | | | | | | 4-27-08 to 5-03-08 |

| TOTAL PAY |
| 558.15 |

| DEDUCTIONS THIS PERIOD |

| FWH | 47.75 | MED | 8.02 | SOC | 34.28 | COSWH | 18.00 | ACC-PR | 5.19 |
| DDCK | 438.98 | DISAB | 4.05 | Life | 1.88 | | | | |

119.17

| NET PAY |

Darrell D. Badget

| | GROSS | 11542.20 | FICA | 875.83 | |
| | FWH | 1222.89 | COSWH | 390.00 | .00 |

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
**PHONE: 303 429-8893**

KEYBANK COLORADO  DENVER, CO   82-70267/3070

DATE

5-09-2008     DDCK          XXXXXXXX7937          438.98

AMOUNT

**DIRECT DEPOSIT**          438.98
**STUB ONLY**              438.98

PAY        Darrell D. Badget                          .00
TO THE     17920 E. 104th Pl. #11-A
ORDER      Commerce City, CO  80022
OF

FIORE & SONS, INC. DENVER CO 80216

| HOURS | | | EARNINGS | | | | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | | |
| 8.50 | | 18.30 | 155.55 | | | | | | | 5-04-08 to 5-10-08 |

| TOTAL PAY |
|---|
| 155.55 |

**DEDUCTIONS THIS PERIOD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MED | 2.18 | SOC | 9.33 | ACC-PR | 5.19 | DDCK | 132.92 | DISAB | 4.05 |
| Life | 1.88 | | | | | | | | |

22.63

NET PAY

| Darrell D. Badget | GROSS | 11697.75 | FICA | 887.34 |
|---|---|---|---|---|
| | FWH | 1222.89 | COSWH | 390.00 |

.00

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
PHONE: 303 429-8893

KEYBANK COLORADO  DENVER, CO   82-7026/3070

DATE

5-16-2008     DDCK        XXXXXXXX7937        132.92

AMOUNT

**DIRECT DEPOSIT**          132.92
**STUB ONLY**              132.92
                            .00

PAY    Darrell D. Badget
TO THE 17920 E. 104th Pl. #11-A
ORDER  Commerce City, CO  80022
OF

FIORE & SONS, INC. 730 WEST 62ND AVENUE

| HOURS | | | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 15.00 | | 18.30 | 274.50 | | | | | | 5-11-08 to 5-17-08 |

| TOTAL PAY |
| --- |
| 274.50 |

**DEDUCTIONS THIS PERIOD**

| | | | | |
| --- | --- | --- | --- | --- |
| FWH | 8.37 | MED | 3.90 | SOC | 16.69 | COSWH | 5.00 | ACC-PR | 5.19 |
| DDCK | 229.42 | DISAB | 4.05 | Life | 1.88 | | | | |

45.08

Darrell D. Badget

| | | | | |
| GARN 2 | 11972.25 | FICA | 907.93 |
| FWH | 1231.26 | COSWH | 395.00 |

| NET PAY |
| --- |
| .00 |

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
PHONE: 303 429-8893

KEYBANK COLORADO   DENVER, CO   82-70/3070

DATE

5-23-2008    DDCK    XXXXXXXX7937    229.42

AMOUNT

**DIRECT DEPOSIT**        229.42
**STUB ONLY**            229.42
                          .00

PAY    Darrell D. Badget
TO THE    17920 E. 104th Pl. #11-A
ORDER    Commerce City, CO 80022
OF

| HOURS | | | EARNINGS | | | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | RATE | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 17.00 | | 18.30 | 311.10 | | | | | | 5-18-08 to 5-24-08 |

| TOTAL PAY |
|---|
| 311.10 |

**DEDUCTIONS THIS PERIOD**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FWH | 12.03 | MED | 4.44 | SOC | 18.97 | COSWH | 6.00 | ACC-PR | 5.19 |
| DDCK | 191.12 | DISAB | 4.05 | GARNSH | 67.42 | Life | 1.88 | | |

this is the garnishment that just started.

| NET PAY |
|---|
| 119.93 |

| | | | |
|---|---|---|---|
| Darrell D. Badget | GARN 2 | 12283.35 | FICA | 931.34 |
| | FWH | 1243.29 | COSWH | 401.00 |

NET PAY .00

---

**FIORE & SONS, INC.**
730 WEST 62ND AVENUE
DENVER, CO 80216
PHONE: 303 429-8893

KEYBANK COLORADO   DENVER, CO    82-7036/3070

DATE

5-30-2008    DDCK    XXXXXXXX7937    191.12

**DIRECT DEPOSIT**
**STUB ONLY**

AMOUNT

PAY      Darrell D. Badget                     191.12
TO THE   17920 E. 104th Pl. #11-A              191.12
ORDER    Commerce City, CO  80022                 .00
OF

  

**CHRIS**
TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7800

**Earnings Statement**

| | |
|---|---|
| Period Ending: | 03/29/2008 |
| Pay Date: | 04/04/2008 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:   0
CO:        0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 7,942.20 |
| Overtime | 22.5000 | 4.28 | 96.30 | 1,017.71 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$696.30** | 9,319.91 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | 3.48 | 46.59 |
| Avail Pers Hrs | | 24.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -78.77 | 1,053.91 |
| | Social Security Tax | -43.08 | 577.74 |
| | Medicare Tax | -10.08 | 135.12 |
| | CO State Income Tax | -27.00 | 364.00 |
| | **Other** | | |
| | Checking | -460.23 | |
| | Disability | -3.91 | 50.83 |
| | Gtl | -1.50* | 1.50 |
| | Life Insurance | -2.10 | 2.10 |
| | 401K Retirement | -69.63* | 932.01 |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $625.17

©1998, 2000  ADP, Inc.  All Rights Reserved.

▲ TEAR HERE

2 VERIFY DOCUMENT AUTHENTICITY-COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM.       © 2005 ADP, Inc.

**CHRIS**
TRUCK LINE
P.O. BOX 7716   WICHITA, KS 67277-7716
(316) 554-7800

| | |
|---|---|
| Advice number: | 00000100157 |
| Pay date: | 04/04/2008 |

Deposited to the account of
STEPHANIE BADGETT

| account number | transit ABA | amount |
|---|---|---|
| 104772417937 | 0910 0002 | $460.23 |

VOID  VOID  VOID  VOID  VOID

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

## CHRIS TRUCK LINE



**P.O. BOX 7716  WICHITA, KS 67277-7716**
**(316) 554-7000**

**Earnings Statement**

Period Ending: 04/05/2008
Pay Date: 04/11/2008

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CO: 0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.01 | 600.15 | 8,542.35 |
| Overtime | 22.5000 | 1.92 | 43.20 | 1,060.91 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **643.35** | 9,963.26 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | 3.22 | 49.81 |
| Avail Pers Hrs | | 24.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.62 | 1,125.53 |
| | Social Security Tax | -39.80 | 617.54 |
| | Medicare Tax | -9.30 | 144.42 |
| | CO State Income Tax | -25.00 | 389.00 |
| | **Other** | | |
| | Checking | -425.78 | |
| | Disability | -3.91 | 54.74 |
| | Gtl | -1.50* | 3.00 |
| | Life Insurance | -2.10 | 4.20 |
| | 401K Retirement | -64.34* | 996.35 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $577.51

© 1996, 2005 ADP Inc. All Rights Reserved.

▼ TEAR HERE

## CHRIS TRUCK LINE

**P.O. BOX 7716  WICHITA, KS 67277-7716**
**(316) 554-7000**

Advice number: 00000150109
Pay date: 04/11/2008

Deposited to the account of
STEPHANIE BADGETT

| account number | transit ABA | amount |
|---|---|---|
| 104772417937 | 0910 0002 | $425.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Case 08-19786-SBB Doc#11 Filed:06/06/08 Entered:06/06/08 20:17 Page66 of 80



**CHRIS**
TRUCK LINE
P.O. BOX 7716  WICHITA, KS 67277-7716
(319) 554-7090

**Earnings Statement**

Period Ending: 04/12/2008
Pay Date: 04/18/2008

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CO: 0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5000 | 40.00 | 620.00 | 9,162.35 |
| Overtime | 23.2500 | 2.85 | 66.26 | 1,127.17 |
| Miscellaneous | | | 104.01 | 104.01 |
| Holiday | | | | 360.00 |
| **Gross Pay** | | | **$790.27** | 10,753.53 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | 3.95 | 53.76 |
| Avail Pers Hrs | | 24.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.13 | 1,222.66 |
| | Social Security Tax | -48.90 | 666.44 |
| | Medicare Tax | -11.44 | 155.86 |
| | CO State Income Tax | -31.00 | 420.00 |
| | **Other** | | |
| | Checking | -515.26 | |
| | Disability | -3.91 | 58.65 |
| | Gtl | -1.50* | 4.50 |
| | Life Insurance | -2.10 | 6.30 |
| | 401K Retirement | -79.03* | 1,075.38 |
| | **Net Pay** | **$0.00** | |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 15.0000 TO
15.5000.

* Excluded from federal taxable wages
Your federal taxable wages this period are $709.74

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA CHANGES IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CHRIS**
TRUCK LINE
P.O. BOX 7716  WICHITA, KS 67277-7716
(319) 554-7090

Advice number: 00000180110
Pay date: 04/18/2008

Deposited to the account of
STEPHANIE BADGETT

| | account number | transit ABA | amount |
|---|---|---|---|
| | 104772417937 | 0910 0002 | $515.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



**CHRIS**
TRUCK LINE
P.O. BOX 7716   WICHTA, KS 67277-7716
(319) 984-7000

**Earnings Statement**

| | |
|---|---|
| Period Ending: | 04/19/2008 |
| Pay Date: | 04/25/2008 |

**ADP**

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:              0
CO:                   0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number:  XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5500 | 40.00 | 622.00 | 9,784.35 |
| Overtime | 23.3250 | 5.40 | 125.96 | 1,253.13 |
| Holiday | | | | 360.00 |
| Miscellaneous | | | | 104.01 |
| **Gross Pay** | | | **$747.96** | 11,501.49 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | 3.74 | 57.50 |
| Avail Pers Hrs | | 24.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -87.61 | 1,310.27 |
| | Social Security Tax | -46.28 | 712.72 |
| | Medicare Tax | -10.82 | 166.68 |
| | CO State Income Tax | -29.00 | 449.00 |
| | **Other** | | |
| | Checking | -491.94 | |
| | Disability | -3.91 | 62.56 |
| | Gtl | -1.50* | 6.00 |
| | Life Insurance | -2.10 | 8.40 |
| | 401K Retirement | -74.80* | 1,150.18 |
| | **Net Pay** | **$0.00** | |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 15.5000 TO
15.5500.

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $671.66

VERIFY DOCUMENT AUTHENTICITY · COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CHRIS**
TRUCK LINE
P.O. BOX 7716   WICHTA, KS 67277-7716
(319) 984-7000

| Advice number: | 00000170111 |
|---|---|
| Pay date: | 04/25/2008 |

Deposited to the account of
STEPHANIE Badgett

| account number | transit ABA | amount |
|---|---|---|
| 104772417937 | 0910 0002 | $491.94 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**CHRIS**
TRUCK LINE
P.O. BOX 7716
WICHITA, KS 67277-7716
(316) 684-7090

**Earnings Statement**

Period Ending: 05/03/2008
Pay Date: 05/09/2008

ADP®

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CO: 0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5500 | 40.00 | 622.00 | 11,028.35 |
| Overtime | 23.3250 | 8.05 | 187.77 | 1,583.88 |
| Holiday | | | | 360.00 |
| Miscellaneous | | | | 104.01 |
| **Gross Pay** | | | **$809.77** | 13,076.24 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | 4.05 | 65.37 |
| Avail Pers Hrs | | 24.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.87 | 1,456.97 |
| | Social Security Tax | -50.11 | 810.17 |
| | Medicare Tax | -11.71 | 189.47 |
| | CO State Income Tax | -26.00 | 500.00 |
| | **Other** | | |
| | Checking | -432.53 | |
| | Disability | -3.91 | 70.38 |
| | Gtl | -1.50* | 9.00 |
| | Life Insurance | -5.70 | 16.20 |
| | 401K Retirement | -202.44* | 1,543.87 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $605.83

©1998, 2006 ADP, Inc. All Rights Reserved

---

**CHRIS**
TRUCK LINE
P.O. BOX 7716 · WICHITA, KS 67277-7716
(316) 684-7090

Advice number: 00000190110
Pay date: 05/09/2008

Deposited to the account of
STEPHANIE BADGETT

| account number | transit ABA | amount |
|---|---|---|
| 104772417937 | 0910 0002 | $432.53 |

THIS IS NOT A CHECK

NON-NEGOTIABLE



**CHRIS**
TRUCK LINE
P.O. BOX 7716
WICHTA, KS 67277-7716
(316) 554-7800

**Earnings Statement**

| | |
|---|---|
| Period Ending: | 05/10/2008 |
| Pay Date: | 05/16/2008 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CO: 0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5500 | 25.38 | 394.66 | 11,423.01 |
| Personal | 15.5500 | 16.00 | 248.80 | 248.80 |
| Overtime | | | | 1,583.88 |
| Holiday | | | | 360.00 |
| Miscellaneous | | | | 104.01 |
| **Gross Pay** | | | **$643.46** | 13,719.70 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | 3.22 | 68.59 |
| Avail Pers Hrs | | 8.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.16 | 1,514.13 |
| | Social Security Tax | -39.80 | 849.97 |
| | Medicare Tax | -9.31 | 198.78 |
| | CO State Income Tax | -21.00 | 521.00 |
| | **Other** | | |
| | Checking | -347.21 | |
| | Disability | -3.91 | 74.29 |
| | Gtl | -1.50* | 10.50 |
| | Life Insurance | -2.70 | 18.90 |
| | 401K Retirement | -160.87* | 1,704.74 |
| | **Net Pay** | **.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $481.09

©1998, 2005 ADP, Inc. All Rights Reserved.

▼ TEAR HERE



VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CHRIS**
P.O. BOX 7716   Wichita, KS 67277-7716
(316) 554-7800

Advice number:   00000010109
Pay date:   05/16/2008

Deposited to the account of
STEPHANIE BADGETT

| account number | transit ABA | amount |
|---|---|---|
| 104772417937 | 0910 0002 | $347.21 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**




**CHRIS**
TRUCK LINE
P.O. BOX 7718
WICHITA, KS 67277-7718
(316) 554-7808

**Earnings Statement**

Period Ending: 05/17/2008
Pay Date: 05/23/2008

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CO: 0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5500 | 40.00 | 622.00 | 12,045.01 |
| Overtime | 23.3250 | 3.18 | 74.17 | 1,658.05 |
| Holiday | | | | 360.00 |
| Miscellaneous | | | | 104.01 |
| Personal | | | | 248.80 |
| **Gross Pay** | | | **$696.17** | 14,415.87 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | | 68.59 |
| Avail Pers Hrs | | 8.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.36 | 1,607.49 |
| | Social Security Tax | -43.07 | 893.04 |
| | Medicare Tax | -10.08 | 208.86 |
| | CO State Income Tax | -30.00 | 551.00 |
| | **Other** | | |
| | Checking | -511.55 | |
| | Disability | -3.91 | 78.20 |
| | Gtl | -1.50* | 12.00 |
| | Life Insurance | -2.70 | 21.60 |
| | 401K Retirement | | 1,704.74 |
| | **Net Pay** | **$0.00** | |

*401K has been stopped.*

* Excluded from federal taxable wages
Your federal taxable wages this period are $694.67

©1996, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

**CHRIS**
TRUCK LINE
P.O. BOX 7718 · WICHITA, KS 67277-7718
(316) 554-7808

Advice number: 00000210100
Pay date: 05/23/2008

Deposited to the account of
STEPHANIE BADGETT

| account number | transit ABA | amount |
|---|---|---|
| 104772417937 | 0910 0002 | $511.55 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

**CHRIS TRUCK LINE**
P.O. BOX 7716 WICHITA, KS 67277-7716
(316) 554-7003

**Earnings Statement**

| | |
|---|---|
| Period Ending: | 05/24/2008 |
| Pay Date: | 05/30/2008 |

**ADP**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CO: 0

STEPHANIE BADGETT
17920 E 104TH PL
BLG 11-A
COMMERCE CITY, CO 80022

Social Security Number: XXX-XX-4264

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5500 | 40.00 | 622.00 | 12,667.01 |
| Overtime | 23.3250 | 7.32 | 170.74 | 1,828.79 |
| Holiday | | | | 360.00 |
| Miscellaneous | | | | 104.01 |
| Personal | | | | 248.80 |
| **Gross Pay** | | | **$792.74** | 15,208.61 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Match | | 68.59 |
| Avail Pers Hrs | | 8.00 |
| Avail Vaca Hrs | | 80.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -117.50 | 1,724.99 |
| | Social Security Tax | -49.06 | 942.10 |
| | Medicare Tax | -11.47 | 220.33 |
| | CO State Income Tax | -35.00 | 586.00 |
| | **Other** | | |
| | Checking | -575.51 | |
| | Gti | -1.50* | 13.50 |
| | Life Insurance | -2.70 | 24.30 |
| | Disability | | 78.20 |
| | 401K Retirement | | 1,704.74 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $791.24

©1998, 2005, ADP, Inc. All Rights Reserved

▼ TEAR HERE

**CHRIS**
TRUCK LINE
P.O. BOX 7716 WICHITA, KS 67277-7716
(316) 554-7003

®2005 ADP, Inc.

| | | |
|---|---|---|
| Advice number: | | 00000226108 |
| Pay date: | | 05/30/2008 |

Deposited to the account of
STEPHANIE BADGETT

| account number | transit ABA | amount |
|---|---|---|
| 104772417937 | 0910 0002 | $575.51 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**B22C (Official Form 22C) (Chapter 13) (01/08)**

In re: <u>Badgett, Darrell Dwayne & Badgett, Stephanie Lynn</u>
<div style="text-align:center">Debtor(s)</div>

Case Number: _____
<div style="text-align:center">(If known)</div>

| According to the calculations required by this statement: |
|---|
| ☐ **The applicable commitment period is 3 years.** |
| ☑ **The applicable commitment period is 5 years.** |
| ☑ **Disposable income is determined under § 1325(b)(3).** |
| ☐ **Disposable income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

<div style="text-align:center">

### CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
### AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

</div>

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | |
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☑ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** <br><br> All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $  2,658.73 | $  2,868.44 |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** <br> a. Gross receipts — $ <br> b. Ordinary and necessary operating expenses — $ <br> c. Business income — Subtract Line b from Line a | $ | $ |
| 4 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** <br> a. Gross receipts — $ <br> b. Ordinary and necessary operating expenses — $ <br> c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 5 | **Interest, dividends, and royalties.** | $ | $ |
| 6 | **Pension and retirement income.** | $ | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $ | $ |

<div style="writing-mode: vertical-rl">© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B22C (Official Form 22C) (Chapter 13) (01/08)

| | | | |
|---|---|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____  $ <br> b. _____  $ | $ | $ |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $   2,658.73 | $   2,868.44 |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $   5,527.17 |

| | **Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD** | |
|---|---|---|
| 12 | **Enter the amount from Line 11.** | $   5,527.17 |
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents. Otherwise, enter zero. <br><br> a. _____  $ <br> b. _____  $ <br> c. _____  $ <br><br> Total and enter on Line 13. | $   0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $   5,527.17 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $   66,326.04 |
| 16 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: **Colorado**    b. Enter debtor's household size: __**2**__ | $   62,302.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br> ☑ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

| | **Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME** | |
|---|---|---|
| 18 | **Enter the amount from Line 11.** | $   5,527.17 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22C (Official Form 22C) (Chapter 13) (01/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
|---|---|---|---|
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 19. | $ | **0.00** |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ | **5,527.17** |
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | **66,326.04** |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | **62,302.00** |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** | | |

| **Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)** |
|---|

| **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** |
|---|

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | | $ | **961.00** |
|---|---|---|---|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. |
|---|---|

|  | Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|---|
| a1. | Allowance per member | **57.00** | a2. Allowance per member | **144.00** |
| b1. | Number of members | **2** | b2. Number of members | **0** |
| c1. | Subtotal | **114.00** | c2. Subtotal | **0.00** |

$ **114.00**

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | | | $ | **395.00** |
|---|---|---|---|---|---|

B22C (Official Form 22C) (Chapter 13) (01/08)

© 1993-2008 EZ-Filing, Inc.[1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** | | $ |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 1,124.00 |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ 1,513.23 |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a |

| | | |
|---|---|---|
| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.

Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.

☐ 0   ☐ 1   ☑ 2 or more.

If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 422.00 |

| | | |
|---|---|---|
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | | |
|---|---|---|---|
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)

☐ 1   ☑ 2 or more.

Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** | | | $ 110.98 |
| | a. | IRS Transportation Standards, Ownership Costs | $ 489.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ 378.02 |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

B22C (Official Form 22C) (Chapter 13) (01/08)

| | | | |
|---|---|---|---|
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | | |
| | a. IRS Transportation Standards, Ownership Costs | $ 489.00 | |
| | b. Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ 417.75 | |
| | c. Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ 71.25 |
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | | $ 1,201.68 |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | | $ |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | | $ 24.17 |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | | $ |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | $ |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | | $ |
| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | | $ 20.00 |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | | $ 150.00 |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | | $ 3,470.08 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22C (Official Form 22C) (Chapter 13) (01/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Subpart B: Additional Expense Deductions under § 707(b)<br>Note: Do not include any expenses that you have listed in Lines 24-37 | | |
|---|---|---|---|
| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br><table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$ **45.25**</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table><br>Total and enter on Line 39<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ | **45.25** |
| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ | |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ | |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ | **45.25** |

B22C (Official Form 22C) (Chapter 13) (01/08)

| Subpart C: Deductions for Debt Payment |
|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | **Litton Loan** | **Residence** | $ **1,091.46** | ☑ yes ☐ no | |
| b. | **Specialized Loan Service** | **Residence** | $ **421.77** | ☐ yes ☑ no | |
| c. | **See Continuation Sheet** | | **795.77** | ☐ yes ☐ no | |
| | | Total: Add lines a, b and c. | | | $ **2,309.00** |

| | | |
|---|---|---|
| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | $ |

| | | |
|---|---|---|
| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ |

| | | | |
|---|---|---|---|
| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $ |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |
| | | | $ |

| | | |
|---|---|---|
| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ **2,309.00** |

| Subpart D: Total Deductions from Income | |
|---|---|
| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ **5,824.33** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22C (Official Form 22C) (Chapter 13) (01/08)**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)** | | |
|---|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ | **5,527.17** |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ | |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ | |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ | **5,824.33** |
| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and reasonable. | | |

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b, and c | $ |

| | | | |
|---|---|---|---|
| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ | **5,824.33** |
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ | **0.00** |

| | **Part VI. ADDITIONAL EXPENSE CLAIMS** |
|---|---|
| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | **Part VII. VERIFICATION** |
|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **June 20, 2008**　　　Signature: ***/s/ Darrell Dwayne Badgett***<br>　　　　　　　　　　　　　　　　　　　　　(Debtor)<br><br>Date: **June 20, 2008**　　　Signature: ***/s/ Stephanie Lynn Badgett***<br>　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any) |

IN RE **Badgett, Darrell Dwayne & Badgett, Stephanie Lynn** _____ Case No. _____
Debtor(s)

## CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
### Continuation Sheet - Future payments on secured claims

| Name of Creditor | Property Securing the Debt | 60-month Average Pmt | Does payment include taxes or insurance? |
|---|---|---|---|
| **Horizons North Credit Union** | **Automobile (2)** | **417.75** | **No** |
| **Wachovia Dealer Services** | **Automobile (1)** | **378.02** | **No** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only